Clerk
MICR-1281-0607,
enclosed is a filing
as to have review
@ At Federal level,

note Appeals At local level
have exhausted

As is evident, these
matters are to be
noted
within a period
As to Perserve
my constitional right
to Judicial process

I have Assuered to
return prior to that
date April/17/2020
is the Period,
today is 5/11/20
or abouts

Angel Santos
AS/

FILED
IN CLERKS OFFICE
2020 JUN -8 AM 11: 07
U.S. DISTRICT COURT
DISTRICT OF MASS.

Middlesex cty  commonwealth
Lowell  US
Docket #  Angel Santos
Re 0002607 MICR-1281-CR00607   5/11/2020

As I have exhausted my appeals at local level.

I file at federal level for review of the denied appeals

As a misscarriage of justice is apperant

In way that denied me Bill of rights on every right as guranteed.

To say Identification standard not met by commonwealth

Standard of notice to a set of facts as to 5th Amendment

not met where commonwealth modified, created a theory not as approved by jury at indictment of case
To say 5th was bypassed

As to 6th Amendment it's e not met,

note If court would perserve error and non Apperations of constichal rights

which post conviction Attorney did not perserve

as case was appealed on theory not in Indictment
To say the very Appeal Process
was not applied as proscribed by standards of law

Futher I place before this court A
A Motion To Assign Attorney to Peserve These Fundamental rights which have been stolen from me as also from the People of commonwealth entitled to fact finder process Approved by them not as instant where commonwealth created a early pled case.
Angel Santos