UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGEL SANTOS,<br><br>    Petitioner,<br><br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS,<br><br>    Respondent. | Civil Action No.<br>20-11095-FDS |

## ORDER

**SAYLOR, C.J.**

On June 8, 2020, the court received a *pro se* pleading written by Angel Santos, an inmate in custody at the Old Colony Correctional Center. (Docket No. 1). In a handwritten pleading, Santos challenges his conviction in the Lowell Superior Court, which he identifies as case number MICR-1281-CR00607. *Id.* at p. 2. He contends that his constitutional rights were violated at several stages of the proceedings. *Id.* He further states that his state-court appeals were denied and requests the assignment of an attorney. *Id.* at p. 3.

The court may entertain a petition for a writ of habeas corpus on "behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). Although Santos appears to challenge his conviction, his pleading will not be construed at this stage as an application for federal habeas corpus relief pursuant to 28 U.S.C. § 2254. *Preiser v. Rodriguez*, 411 U.S. 475, 488-490 (1973).

Santos has not filed a Section 2254 petition, and the pleading does not include sufficient information to be construed as such a petition. *See* Rule 2(c) of the Rules Governing § 2254 Cases in the United States District Courts (describing the information that must be included in a § 2254 petition). Among other things, it is unclear from the pleading what grounds he seeks to raise as a basis for relief. Furthermore, he failed to pay the $5.00 filing fee or file a motion for leave to proceed *in forma pauperis*.

Accordingly, it is hereby ORDERED:

1. If petitioner wishes to proceed with this action, by September 1, 2020 (that is, within 35 days of the date of this Order), he either must (1) pay the $5.00 filing fee or (2) file a motion for leave to proceed *in forma pauperis* accompanied by a certified prison account statement. Failure to comply with this directive may result in the dismissal of this action without prejudice.

2. Petitioner must also complete, sign, and return, by September 1, 2020 (that is, within 35 days of the date of this Order), a Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody. He must complete all sections of the habeas petition form and include the civil action number listed above (C.A. No. 20-11095-FDS). Failure to comply with this directive may result in the dismissal of this action without prejudice.

3. Petitioner's request for the assignment of counsel is denied without prejudice to renewal after he files a Section 2254 petition.

4. The clerk shall mail a copy of this Order to petitioner with a blank Application to Proceed in District Court Without Prepaying Fees or Costs and a blank Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody.

**So Ordered.**

|  |  |
|---|---|
|  | /s/ F. Dennis Saylor IV |
|  | F. Dennis Saylor IV |
| Dated:  July 28, 2020 | Chief Judge, United States District Court |